#2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
JACOB LANGSAM
Plaintiff,                    Rule 7.1 Statement   **07 CIV. 7504**

v

FRANKLIN CREDIT MANAGEMENT, CORP
BRONSON & MIGLIACCIO, LLP
CACH, LLC
BARCLAYS BANK DELAWARE
    f/k/a JUNIPER BANK
DANIELS & NORELLI, P.C.

Defendants.
_____x

**ROBINSON**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned counsel for Jacob Langsam
(a private non-governmental party) certifies that the following are corporate parents,
affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
August 10, 2007
                                    _____/s/_____
                                    Shmuel Klein (SK 7212) Fed Court Only
                                    Law Office of Shmuel Klein, PC
                                    Attorneys for Plaintiff
                                    268 ROUTE 59
                                    Spring Valley, NY  10977
                                    (845) 425-2510

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____