IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEEW YORK

| | | |
|---|---|---|
| Jacob Langsam,<br>    Plaintiff, | § § § | |
| VS. | § § | Case No. 07-CIV-7504 |
| Franklin Credit Management, *et al.*,<br>    Defendants. | § § § | |

## STIPULATION TO DISMISSAL WITH PREJUDICE A TO CACH, LLC, BRONSON & MIGLIACCIO, LLP, AND DANIELS & NORELLI, P.C.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Jacob Langsam, Plaintiff, hereby stipulates to the dismissal with prejudice of his claims against CACH, LLC, Bronson & Migliaccio, LLP, and Daniels & Norelli, P.C. as Defendants in the above-entitled and numbered action. It is Plaintiff's intention to continue to prosecute his action against the remaining defendants.

Respectfully submitted,

/s/
Shmuel Klein (SK7212) Fed Court Only
Law Office of Shmuel Klein, P.C.
269 Route 59
Spring Valley, NY 10977
(845) 425-2510

ATTORNEY FOR PLAINTIFF