## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of October_____, 2007, a true copy of the foregoing stipulation was served on Defendants by facsimile transmission through the attorney named below.

_____/s/_____
Shmuel Klein

**SERVICE LIST:**

Manuel H. Newburger
Barron, Newburger, Sinsley & Wier, PLLC
1212 Guadalupe, Suite 102
Austin, Texas 78701-1837
Fax: (512) 279-0310