Index # 07 civ. 7504

Purchased/Filed: August 24, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Jacob Langsam          Plaintiff

against

Franklin Credit Management, Corp.; et al        Defendant

STATE OF NEW YORK )    **DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 yrs
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other:

Robin Brandow , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on November 1, 2007 , at 11:30am , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint on

Franklin Credit Management, Corp. , the

Defendant in this action, by delivering to and leaving with Donna Christie ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service

was made pursuant to Section BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

1st day of November, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158674, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order #** 0722303