DOCUMENTS SERVED WITH INDEX # 07 CIV 7504    AND FILED ON AUGUST 24, 2007

ATTORNEY(S) Law Office of Shmuel Klein PC , Shmuel Klein, Esq.

---

*Jacob Langsam*      Plaintiff(s)/Petitioner(s)

vs

*Franklin Credit Management, Corp., et al*      Defendant(s)/Respondent(s)

---

STATE OF DELAWARE     COUNTY OF New Castle , SS.:

Daniel Newcomb , being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on November 5, 2007 at 2:26 P M at 100 S. West St., Wilmington, DE 19801 deponent (did, did-not) serve the within Summons in a Civil Action & Complaint

on: Barclays Bank Delaware , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☒ — A Banking corporation, by delivering thereat a true copy of each to David Starks personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Legal Administrator duly authorized thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐ — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐ — On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐ — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** ☒ (use with #1, 2 or 3) — A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex M   Color of skin Blk   Color of hair Blk   Approx.Age 52   Approx.Height 5'10" Approx. weight 180   Other Glasses

**#8 WIT. FEES** ☐ — $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

6 day of November 2007

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

Daniel Newcomb

Invoice·Work Order # 0722392

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207