# Law Office of Shmuel Klein, PC
## Attorneys and Counselors at Law

| | |
|---|---|
| **268 West Route 59** | **113 Cedarhill Ave.** |
| **Spring Valley, NY 10977** | **Mahwah, NJ 07430** |
| **845-425-2510** | **201-529-3411** |
| telefax 845-425-7362 | Admitted in NM*, NJ, NY*, NoTx* |
| email: **shmuel.klein@verizon.net** | *Federal Courts Only |

January 18, 2008

Barclays Bank Delaware
100 S. West Street
Wilmington, DE 19801

Franklin Credit Management, Corp
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Franklin Credit Management, Corp.
c/o Godon Jardin, CEO
101 Hudson Street
25th Floor
Jersey City, NJ 07302

RE: Jacob Langsam vs. Franklin Credit Management, Barclays Bank
    Case No. 07-cv-7504

To Whom It May Concern,

Please be advised that the conference scheduled for January 25, 2008 regarding the above referenced case is rescheduled for February 15, 2008 at 10:00 am in Courtroom 621 before the Honorable Stephen C. Robinson.

Yours truly,


Shmuel Klein