*Robinson, J*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEEW YORK

| | | |
|---|---|---|
| Jacob Langsam, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 07-CIV-7504 |
| | § | |
| Franklin Credit Management, *et al.*, | § | |
| Defendants. | § | |

*Partial*

### STIPULATION TO DISMISSAL WITH PREJUDICE AS TO CACH, LLC, BRONSON & MIGLIACCIO, LLP, AND DANIELS & NORELLI, P.C.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Jacob Langsam, Plaintiff, hereby stipulates to the dismissal with prejudice of his claims against CACH, LLC, Bronson & Migliaccio, LLP, and Daniels & Norelli, P.C. as Defendants in the above-entitled and numbered action. It is Plaintiff's intention to continue to prosecute his action against the remaining defendants.

Respectfully submitted,

/s/

Shmuel Klein (SK7212) Fed Court Only
Law Office of Shmuel Klein, P.C.
269 Route 59
Spring Valley, NY 10977
(845) 425-2510

ATTORNEY FOR PLAINTIFF

So ORDERED:

_____
U. S. D. J.

DATE FILED: _____

DATED: 5/13/00