UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JACOB LANGSAM,
        Plaintiff,                             Case No. 07-cv-7504 (SCR)
    v.

**STATEMENT OF DAMAGES**

FRANKLIN CREDIT MANAGEMENT et al
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Principal amount sued for . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .... . $100,000.00

Interest at 9% from 8/24/2007 through (April 24, 2008) …………….... . ….…….$6,000.00

Costs and Disbursements:………………………………………………….………..$439.00

Attorney's Fees………….… . . . . . . . . . . . . . . . . . . . . . . . . . . . …… . .. .. .... . $2,579.50

Total (as of April 24 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . ..... . …... …….$109,018.50

## AFFIXED AS EXHIBITS ARE COPIES OF:

## A. SUMMONS

## B. COMPLAINT

## C. PROOF OF SERVICE

## D. TIME SHEET FOR FEES AND COSTS