UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JACOB LANGSAM,
       Plaintiff,                               Case No. 07-cv-7504 (SCR)
    v.                                       **CLERK'S CERTIFICATE**

FRANKLIN CREDIT MANAGEMENT et al
       Defendants.
------------------------------------x

I, _____Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 24, 2007 with the filing of a summons and complaint. A copy of the Summons and Amended Complaint having been having been mailed to Defendant with a Notice of Lawsuit and Request for Waiver of Service of Summons, on August 30, 2007 and a Summons and Complaint having been served on the Defendant FRANKLIN CREDIT MANAGEMENT, on November 1, 2007. Franklin Credit Management did not answer the Complaint, and the time for answering the Amended Complaint has expired.

     I further certify that the docket entries indicate that the defendant has not filed an Answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: _____

White Plains, NewYork

_____

Clerk of the Court
By: _____
Deputy Clerk