UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JACOB LANGSAM,
        Plaintiff,                              Case No. 07-cv-7504 (SCR)
    v.                                          **DEFAULT JUDGMENT**

FRANKLIN CREDIT MANAGEMENT et al
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        This action, having been commenced on August 24, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been mailed to Defendant with a Notice of Lawsuit and Request for Waiver of Service of Summons, on August 30, 2007 and a Summons and Complaint having been served on the Defendant FRANKLIN CREDIT MANAGEMENT, on November 1, 2007. Notwithstanding, the Defendant did not answer the Complaint, and the time for answering the Amended Complaint has expired. it is:

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $100,000 with interest at 9% from August 24, 2007 amounting to $6,000.00 plus costs and disbursements of this action in the amount of $439.00, plus attorneys fees in the amount of $2,579.50, amounting in all to $109,018.50.

Dated: White Plains, New York                SO ORDERED:

                                                                           _____
                                                                           U.S.D.J.

This document was entered on the docket on _____.