UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JACOB LANGSAM,
       Plaintiff,                         Case No. 07-cv-7504 (SCR)
  v.

FRANKLIN CREDIT MANAGEMENT et al
       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY ROCKLAND )

I, Shmuel Klein, an attorney admitted to practice before this Court affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I have an office located at 268 Route 59 Spring Valley, New York and I served the within Application for Default and supporting documents on May 7, 2008, by depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

Franklin Credit Management, Corp
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Franklin Credit Management, Corp.
c/o Godon Jardin, CEO
101 Hudson Street
25th Floor
Jersey City, NJ 07302

_____/s/\_\_\_\_\_
Shmuel Klein