AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

JACOB LANGSAM,

V.

**SUMMONS IN A CIVIL ACTION**

FRANKLIN CREDIT MANAGEMENT, CORP,
BRONSON & MIGLIACCIO, LLC, CACH, LLC
BARCLAYS BANK DELAWARE
DANIELS & NORELLI, P.C.

CASE NUMBER:

**07 CIV. 7504**

**ROBINSON**

TO: (Name and address of Defendant)

FRANKLIN CREDIT MANAGEMENT, CORP
6 Harrison Street
New York, New York, 10013,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Shmuel Klein, PC
268 Route 59
Spring Valley, NY 10977,

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    AUG 2 4 2007

CLERK                                                     DATE

(By) DEPUTY CLERK