Jacob Langsam vs. Franklin Credit Management, et al.
07-cv-7504

FEES

| Date | Description | hours | Per Hour | Amount |
|---|---|---|---|---|
| 8/8/2007 | Drafting of complaint based on facts provided by client | 4.0 | $385.00 | $1,540.00 |
| 8/30/2007 | Preparation and mailing of Notice of Lawsuit and Waiver of Service of Summons | 0.5 | $385.00 | $192.50 |
| 10/25/2007 | Sent Complaint and Summons to Alexander Poole & Co. for service of process | 0.3 | $385.00 | $115.50 |
| 1/18/2008 | Letter to Defendants re: conference Adjourned to Feb. 15, 2008 | 0.2 | $385.00 | $77.00 |
| 2/20/2008 | Letter to Defendants re: conference Adjourned to March 14, 2008 | 0.2 | $385.00 | $77.00 |
| 3/14/2008 | In Court Re: scheduling conference Initial Hearing | 1.5 | $385.00 | $577.50 |
| | | Total | | $2,579.50 |

COSTS

| Date | Description | Amount |
|---|---|---|
| 8/24/2007 | Filing of Complaint and Summons | $350.00 |
| 8/30/2007 | Mailing via regular mail and certified; Notice of lawsuit and Waiver of service of summons, with SASE and complaint; copies and postage | $7.50 |
| 10/25/2007 | Service of Process | $55.00 |
| 1/18/2008 | copies and postage: letter | $0.75 |
| 2/20/2008 | copies and postage: letter | $0.75 |
| 3/14/2008 | parking gas and tolls for scheduling Conference in Court | $25.00 |
| | Total | $439.00 |

| | |
|---|---|
| Total fees and costs | $3,018.50 |